| Fill in this information to identify the case: |
| --- |

United States Bankruptcy Court for the:

Western District of Michigan

Case number (*if known*): _____   Chapter _____ 11

☐ Check if this is an amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | |
| --- | --- |
| 1. **Debtor's name** | LikeMind Brands Inc. |
| 2. **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names, and *doing business as* names | |
| 3. **Debtor's federal Employer Identification Number (EIN)** | 81-3294655 |

4. **Debtor's address**

**Principal place of business**

8123 East 34 Road
Number        Street

Cadillac              MI       49601
City                          State      ZIP Code

Wexford County
County

**Mailing address, if different from principal place of business**

Number        Street

P.O. Box

City                          State      ZIP Code

**Location of principal assets, if different from principal place of business**

Number        Street

City                          State      ZIP Code

| | |
| --- | --- |
| 5. **Debtor's website (URL)** | |
| 6. **Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br> ☐ Partnership (excluding  LLP) <br> ☐ Other. Specify: _____ |

| Debtor | LikeMind Brands Inc. | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

| 7. Describe debtor's business | A. *Check one:* |
|---|---|

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/ .

**4599**

| 8. Under which chapter of the Bankruptcy Code is the debtor filing? | *Check one:* |
|---|---|

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply:*

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

| 9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years? | ☑ No | | | |
|---|---|---|---|---|
| | ☐ Yes. | District _____ | When _____ MM / DD / YYYY | Case number _____ |
| If more than 2 cases, attach a separate list. | | District _____ | When _____ MM / DD / YYYY | Case number _____ |

| 10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor? | ☑ No | | | |
|---|---|---|---|---|
| | ☐ Yes. | Debtor _____ | Relationship _____ | |
| List all cases. If more than 1, attach a separate list. | | District _____ | When _____ MM / DD / YYYY | |
| | | Case number, if known _____ | | |

| Debtor | LikeMind Brands Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**11. Why is the case filed in *this district*?**

Check all that apply:

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?**  (Check all that apply.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?**

_____
Number          Street

_____

_____
City                                State      ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

## Statistical and administrative information

**13. Debtor's estimation of available funds**

Check one:

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☑ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated assets**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☑ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

| Debtor | LikeMind Brands Inc. | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| | | |
|---|---|---|
| **16. Estimated liabilities** | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ☑ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| | |
|---|---|
| **17. Declaration and signature of authorized representative of debtor** | The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>I have been authorized to file this petition on behalf of the debtor.<br><br>I have examined the information in this petition and have a reasonable belief that the information is true and correct. |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  08/02/2024
           MM / DD / YYYY

✘ /s/ Justin Trump
Signature of authorized representative of debtor

Justin Trump
Printed name

Title President

| | |
|---|---|
| **18. Signature of attorney** | ✘ /s/ Perry Pastula     Date 08/02/2024 |
| | Signature of attorney for debtor          MM / DD / YYYY |

Perry Pastula
Printed name

Dunn, Schouten & Snoap, P.C.
Firm name

2745 DEHOOP AVE SW
Number        Street

WYOMING                    MI        49509
City                       State     ZIP Code

616-538-6380               ppastula@dunnsslaw.com
Contact phone              Email address

P35588                     MI
Bar number                 State

### RESOLUTION OF SHAREHOLDERS AND BOARD OF DIRECTORS  OF LIKEMIND BRANDS, INC.

WHEREAS, it is in the best interest of Likemind Brands, Inc., a Michigan Corporation to file a voluntary petition for relief in the United States Bankruptcy Court pursuant to Sub Chapter V of Chapter 11 of Title 11 of the United States Code;

BE IT THEREFORE RESOLVED that Justin Trump, President of the company, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a bankruptcy case for the company under Sub Chapter V of Chapter 11 of the Bankruptcy Code; and

BE IT FURTHER RESOLVED that Justin Trump is authorized and directed to appear in all bankruptcy proceedings on behalf of the company and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the company in connection with such bankruptcy case, and

BE IT FURTHER RESOLVED, that Justin Trump is authorized and directed to employ Perry G. Pastula, attorney, and the law firm of Dunn, Schouten & Snoap P.C., to represent the company in such bankruptcy case.

Date: August 2, 2024

/s/ Justin Trump
Justin Trump, President, Director
and Shareholder

/s/ Hallie Trump
Hallie Trump, Shareholder
and Director

**Fill in this information to identify the case:**

Debtor name     LikeMind Brands Inc.

United States Bankruptcy Court for the:   Western District of Michigan

Case number (If known):     _____

☐ Check if this is an amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Chase PO Box 6294 Carol Stream, IL, 60197 | | Credit Card Debt | | | | 112,713.17 |
| 2 | Capital One Po Box 4069 Carol Stream, IL, 69017 | | Credit Card Debt | | | | 103,787.05 |
| 3 | Chase PO Box 6294 Carol Stream, IL, 60197 | | Credit Card Debt | | | | 73,492.18 |
| 4 | Marcus PO Box 45400 Salt Lake City, UT, 8-04004145 | | | | | | 70,665.59 |
| 5 | Lending Point 1201 Roberts Blvd #200 Kennesaw, GA, 30144 | | | | | | 19,678.76 |
| 6 | Capital One PO Box 4069 Carol Stream, IL, 60197 | | Credit Card Debt | | | | 19,410.20 |
| 7 | Harbor Castings 2508 Baily Road Cuyahoga Falls, OH, 44221 | | | | | | 18,883.04 |
| 8 | Wells Fargo PO Box 77053 Minneapolis, MN, 55480-7753 | | Credit Card Debt | | | | 13,656.32 |

| Debtor | LikeMind Brands Inc. | Case number *(if known)* |
|---|---|---|
| | Name | |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Horizon Bank/ Elan Financial PO Box 790408 Saint Louis, MO, 63179 | | | | | | 10,583.69 |
| 10 | Salisbury Excavation 12547 20 Mile Road Tustin, MI, 49688 | | | | | | 9,700.00 |
| 11 | Synchrony Premier PO Box 669814 Dallas, TX, 75266-0763 | | Credit Card Debt | | | | 8,201.08 |
| 12 | Discover PO Box 6103 Carol Stream, IL, 60197-6103 | | | | | | 8,127.23 |
| 13 | American Express PO Box 60189 City Of Industry, CA, 91716 | | Credit Card Debt | | | | 7,387.97 |
| 14 | Capital One PO Box 4069 Carol Stream, IL, 60197 | | Credit Card Debt | | | | 7,194.86 |
| 15 | Pay Pal Credit PO Box 71707 Philadelphia, PA, 19176-1707 | | Credit Card Debt | | | | 6,561.73 |
| 16 | American Express PO Box 60189 City Of Industry, CA, 91716-0189 | | Credit Card Debt | | | | 5,914.51 |
| 17 | Uline 12575 Uline Drive Pleasant Prairie, WI, 53158 | | | | | | 1,638.66 |
| 18 | Mazel Company PO Box 72669 Cleveland, OH, 44192-0002 | | | | | | 1,123.79 |
| 19 | Tennessee Department of Revenue 500 Deaderick Street Nashville, TN, 37242 | | Taxes & Other Government Units | | | | 619.00 |
| 20 | DTE Energy 1 Energy Plaza Detroit, MI, 48226-1221 | | Utility Services | | | | 582.00 |

**Fill in this information to identify the case:**

Debtor name _____ LikeMind Brands Inc. _____

United States Bankruptcy Court for the: _____ Western District of Michigan _____
(State)

Case number (If known): _____

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
|---|---|

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B* ......................................................................... $ 0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*....................................................................... $ 515,939.75

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B* ........................................................................ $ 515,939.75

| Part 2: | Summary of Liabilities |
|---|---|

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D* ................................. $ 1,499,084.77

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 6a of *Schedule E/F*.......................... $ 619.00

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 6b of *Schedule E/F* ................... +$ 552,201.30

4. **Total liabilities** ...................................................................................................... $ 2,051,905.07
   Lines 2 + 3a + 3b

**Fill in this information to identify the case:**

Debtor name ___LikeMind Brands Inc.___

United States Bankruptcy Court for the: ___Western District of Michigan___

Case number (If known): _____

☐ Check if this is an
amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

   **All cash or cash equivalents owned or controlled by the debtor**

   | | Current value of debtor's interest |
   |---|---|

2. **Cash on hand** — $ 0.00

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

   | | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
   |---|---|---|---|---|
   | 3.1. | Chase Checking Account | Checking | ___ ___ ___ ___ | $ 2,375.00 |
   | 3.2. | | | ___ ___ ___ ___ | $ |

4. **Other cash equivalents** *(Identify all)*

   | | | |
   |---|---|---|
   | 4.1. | Amazon - Canada | $ 130.00 |
   | 4.2. | Amazon.com Mexico | $ 508.00 |

5. **Total of Part 1**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. — $ 3,013.00

## Part 2: Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☑ No. Go to Part 3.
   ☐ Yes. Fill in the information below.

   | | Current value of debtor's interest |
   |---|---|

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

   | | | |
   |---|---|---|
   | 7.1. | _____ | $ |
   | 7.2. | _____ | $ |

| Debtor | LikeMind Brands Inc. | Case number (*if known*)_____ |
|---|---|---|
| | Name | |

**8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1._____    $_____

8.2._____    $_____

**9. Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.    $_____

## Part 3:    Accounts receivable

**10. Does the debtor have any accounts receivable?**

☑ No. Go to Part 4.

☐ Yes. Fill in the information below.

Current value of debtor's interest

**11. Accounts receivable**

11a. 90 days old or less: _____ – _____ = ......➔    $_____
                face amount       doubtful or uncollectible accounts

11b. Over 90 days old: _____ – _____ = ......➔    $_____
                face amount       doubtful or uncollectible accounts

**12. Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.    $_____

## Part 4:    Investments

**13. Does the debtor own any investments?**

☑ No. Go to Part 5.

☐ Yes. Fill in the information below.

Valuation method used for current value      Current value of debtor's interest

**14. Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

14.1._____    _____    $_____

14.2._____    _____    $_____

**15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:    % of ownership:

15.1._____    _____%    _____    $_____

15.2._____    _____%    _____    $_____

**16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

16.1._____    _____    $_____

16.2._____    _____    $_____

**17. Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.    $_____

Debtor  LikeMind Brands Inc.
_____        Case number (if known)_____
        Name

## Part 5:  Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.

☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** _____ | MM / DD / YYYY | $ _____ | _____ | $ _____ |
| **20. Work in progress** _____ | MM / DD / YYYY | $ _____ | _____ | $ _____ |
| **21. Finished goods, including goods held for resale** See continuation sheet _____ | MM / DD / YYYY | 0.00 $ _____ | _____ | 122,000.00 $ _____ |
| **22. Other inventory or supplies** _____ | MM / DD / YYYY | $ _____ | _____ | $ _____ |

23. **Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

$ 122,000.00

24. **Is any of the property listed in Part 5 perishable?**

☑ No

☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes. Book value _____ Valuation method _____ Current value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☑ No

☐ Yes

## Part 6:  Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops—either planted or harvested** _____ | $ _____ | _____ | $ _____ |
| **29. Farm animals** Examples: Livestock, poultry, farm-raised fish _____ | $ _____ | _____ | $ _____ |
| **30. Farm machinery and equipment** (Other than titled motor vehicles) _____ | $ _____ | _____ | $ _____ |
| **31. Farm and fishing supplies, chemicals, and feed** _____ | $ _____ | _____ | $ _____ |
| **32. Other farming and fishing-related property not already listed in Part 6** _____ | $ _____ | _____ | $ _____ |

| Debtor | LikeMind Brands Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

33. **Total of Part 6.**

Add lines 28 through 32. Copy the total to line 85.

$ _____

34. **Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

    ☐ No

    ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value $_____ Valuation method _____ Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

| **Part 7:** | **Office furniture, fixtures, and equipment; and collectibles** |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture**<br>Office furniture | $ _____ | _____ | $ 500.00 |
| 40. **Office fixtures** | $ _____ | _____ | $ _____ |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software**<br>Apple Ipad Pro and 3 Apple Mac Book s | $ _____ | _____ | $ 1,000.00 |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 _____ | $ _____ | _____ | $ _____ |
| 42.2 _____ | $ _____ | _____ | $ _____ |
| 42.3 _____ | $ _____ | _____ | - $ _____ |

43. **Total of Part 7.**

Add lines 39 through 42. Copy the total to line 86.

$ 1,500.00

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☑ No

☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Debtor | LikeMind Brands Inc. | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

## Part 8:    Machinery, equipment, and vehicles

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest | Valuation method used | Current value of debtor's interest |
|---|---|---|---|
| Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | (Where available) | for current value | |

**47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| | | | | |
|---|---|---|---|---|
| 47.1 Jeep Wrangler | $ | | $ 26,800.00 |
| 47.2 | $ | | $ |
| 47.3 | $ | | $ |
| 47.4 | $ | | $ |

**48. Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

| | | | |
|---|---|---|---|
| 48.1 | $ | | $ |
| 48.2 | $ | | $ |

**49. Aircraft and accessories**

| | | | |
|---|---|---|---|
| 49.1 | $ | | $ |
| 49.2 | $ | | $ |

**50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**
See continuation sheet

| | | | |
|---|---|---|---|
| | $ 0.00 | | $ 21,350.00 |

**51. Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.

$ 48,150.00

**52. Is a depreciation schedule available for any of the property listed in Part 8?**

☑ No

☐ Yes

**53. Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Debtor | LikeMind Brands Inc. | Case number (if known) |
|---|---|---|
| | Name | |

## Part 9: Real property

**54. Does the debtor own or lease any real property?**
☐ No. Go to Part 10.
☑ Yes. Fill in the information below.

**55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| | Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 55.1 | Building located at 8121 East 34 Road<br>Cadillac, MI  49601 | Leasehold | $_____ | _____ | 0.00<br>$_____ |
| 55.2 | | | $_____ | _____ | $_____ |
| 55.3 | | | $_____ | _____ | $_____ |

**56. Total of Part 9.**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

| 0.00 |
|---|
| $_____ |

**57. Is a depreciation schedule available for any of the property listed in Part 9?**
☑ No
☐ Yes

**58. Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☑ No
☐ Yes

## Part 10: Intangibles and intellectual property

**59. Does the debtor have any interests in intangibles or intellectual property?**
☐ No. Go to Part 11.
☑ Yes. Fill in the information below.

| | General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 60. | Patents, copyrights, trademarks, and trade secrets | $_____ | _____ | $_____ |
| 61. | Internet domain names and websites<br>Cat Outdoors Website, patents and tradename | $_____ | _____ | 300,000.00<br>$_____ |
| 62. | Licenses, franchises, and royalties<br>Gray Matters Games License for Wrong Answers Only & Boom Roa | $_____ | _____ | 1,000.00<br>$_____ |
| 63. | Customer lists, mailing lists, or other compilations | $_____ | _____ | $_____ |
| 64. | Other intangibles, or intellectual property | $_____ | _____ | $_____ |
| 65. | Goodwill | $_____ | _____ | $_____ |

**66. Total of Part 10.**
Add lines 60 through 65. Copy the total to line 89.

| 301,000.00 |
|---|
| $_____ |

| Debtor | LikeMind Brands Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**67. Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?

☑ No
☐ Yes

**68. Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No
☐ Yes

**69. Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No
☐ Yes

---

**Part 11:    All other assets**

**70. Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
☑ Yes. Fill in the information below.

| | | | | Current value of debtor's interest |
|---|---|---|---|---|
| **71. Notes receivable** | | | | |
| Description (include name of obligor) | 0.00 | 0.00 | = → | $ 0.00 |
| | Total face amount | doubtful or uncollectible amount | | |
| **72. Tax refunds and unused net operating losses (NOLs)** | | | | |
| Description (for example, federal, state, local) | | | | |
| ERC expected $53,705 less $13,426.25 commission | | Tax year 2021 | | $ 40,276.75 |
| | | Tax year | | $ |
| | | Tax year | | $ |
| **73. Interests in insurance policies or annuities** | | | | $ |
| **74. Causes of action against third parties (whether or not a lawsuit has been filed)** | | | | $ |
| Nature of claim | | | | |
| Amount requested | $ | | | |
| **75. Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | | | | $ |
| Nature of claim | | | | |
| Amount requested | $ | | | |
| **76. Trusts, equitable or future interests in property** | | | | $ |
| **77. Other property of any kind not already listed** *Examples:* Season tickets, country club membership | | | | $ |
| | | | | $ |
| **78. Total of Part 11.** | | | | $ 40,276.75 |
| Add lines 71 through 77. Copy the total to line 90. | | | | |

**79. Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No
☐ Yes

Debtor    LikeMind Brands Inc.
_____    Case number *(if known)* _____
Name

| Part 12: | Summary |

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 3,013.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ 0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 122,000.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 1,500.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 48,150.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* ........................➔ | | $ 0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ 301,000.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $ 40,276.75 | |
| 91. **Total.** Add lines 80 through 90 for each column. ..................91a. | $ 515,939.75 | + 91b. $ 0.00 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ....... 515,939.75 ...............................  $ 515,939.75

Debtor 1    LikeMind Brands Inc.
_____    Case number (if known)_____
          First Name    Middle Name    Last Name

## Continuation Sheet for Official Form 206 A/B

**21) Finished goods, including goods held for resale**

| General description | Date of the last physical inventory | Net book value | Valuation method | Current value |
|---|---|---|---|---|
| CAT Outdoors Inventory | | | | 14,000.00 |
| Resale Inventory at Amazon | | | | 8,000.00 |
| Resale Inventory at Debtor's warehous | | | | 100,000.00 |

**50) Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| General description | Net book value | Valuation method | Current value |
|---|---|---|---|
| Wearhouse Duct Plate | | | 100.00 |
| P1200 HT Tank | | | 100.00 |
| Other tools & equipment | | | 750.00 |
| Pallet Jackes | | | 200.00 |
| Caterpillar Forklift | | | 20,000.00 |
| NTEP Pallet Floor Scale | | | 200.00 |

**Fill in this information to identify the case:**

Debtor name ___LikeMind Brands Inc.___

United States Bankruptcy Court for the: ___Western District of Michigan___

Case number (If known): _____

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral<br>that supports this<br>claim |
| --- | --- | --- | --- |

**2.1**
**Creditor's name**
Amazon Capital Services Inc

**Creditor's mailing address**
410 Terry Avenue North
Seattle, WA 98109

**Creditor's email address, if known**

**Date debt was incurred** _____
**Last 4 digits of account number** ___4982___

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor,

**Describe debtor's property that is subject to a lien**
Multiple Assets

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: $ 546,949.33    Column B: $ 0.00

**2.2**
**Creditor's name**
American Express National Bank

**Creditor's mailing address**
PO Box 570622
Atlanta, GA 30357

**Creditor's email address, if known**

**Date debt was incurred** ___06/19/2019___
**Last 4 digits of account number** ___0603___

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

**Describe the lien**
Agreement you made

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: $131,686.45    Column B: $0.00

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    $ 1,499,084.77

| Debtor | LikeMind Brands Inc. | Case number (if known) |
|---|---|---|
| | Name | |

| Part 1: | Additional Page | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.3** **Creditor's name**
Channel Partners Capital

**Describe debtor's property that is subject to a lien**

$96,852.18          $0.00

**Creditor's mailing address**
11100 Wayzata Blvd
Minnetonka, MN 55305

**Creditor's email address, if known**

**Date debt was incurred**  10/10/2023
**Last 4 digits of account number**  7676

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
    ☐ No. Specify each creditor, including this creditor, and its relative priority.

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

    ☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**2.4** **Creditor's name**
Industrial Leasing LLC

**Describe debtor's property that is subject to a lien**
Caterpillar Forklift

$19,730.00          $20,000.00

**Creditor's mailing address**
P.O. Box 1803
Grand Rapids, MI 49501

**Creditor's email address, if known**

**Date debt was incurred**
**Last 4 digits of account number**

**Describe the lien**
Collateral = Caterpillar Forklift

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
    ☐ No. Specify each creditor, including this creditor, and its relative priority.

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

    ☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Debtor | LikeMind Brands Inc. | Case number (if known) _____ |
|---|---|---|
| | Name | |

| Part 1: | Additional Page |
|---|---|

| | | Column A<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral<br>that supports this<br>claim** |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| 2.5 | **Creditor's name**<br>JP Morgan Chase | **Describe debtor's property that is subject to a lien**<br>Multiple Assets | $101,295.90 | $0.00 |
|---|---|---|---|---|

**Creditor's mailing address**

P.O. Box 6026
Chicago, IL 60680

**Creditor's email address, if known**

_____

**Date debt was incurred**  01/19/2023
**Last 4 digits of account number**  8001

**Describe the lien**

_____

**Is the creditor an insider or related party?**
- ☑ No
- ☐ Yes

**Do multiple creditors have an interest in the same property?**
- ☑ No
- ☐ Yes. Have you already specified the relative priority?
  - ☐ No. Specify each creditor, including this creditor, and its relative priority.

  _____

  - ☐ Yes. The relative priority of creditors is specified on lines _____

**Is anyone else liable on this claim?**
- ☐ No
- ☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| 2.6 | **Creditor's name**<br>Seller's Funding Corp | **Describe debtor's property that is subject to a lien**<br>Future Accounts Receivable | $9,801.30 | $0.00 |
|---|---|---|---|---|

**Creditor's mailing address**

800 Westchester Avenue
Suite 641N, Rye Brook, NY 10573

**Creditor's email address, if known**

_____

**Date debt was incurred**  08/10/2023
**Last 4 digits of account number**  9605

**Describe the lien**

_____

**Is the creditor an insider or related party?**
- ☑ No
- ☐ Yes

**Do multiple creditors have an interest in the same property?**
- ☑ No
- ☐ Yes. Have you already specified the relative priority?
  - ☐ No. Specify each creditor, including this creditor, and its relative priority.

  _____

  - ☐ Yes. The relative priority of creditors is specified on lines _____

**Is anyone else liable on this claim?**
- ☑ No
- ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| Debtor | LikeMind Brands Inc. | Case number (if known) |
|---|---|---|
| | Name | |

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | Do not deduct the value of collateral. | |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.7** Creditor's name
US Small Business Administration

Describe debtor's property that is subject to a lien

Multiple Assets

$475,863.42          $0.00

**Creditor's mailing address**
2 North Street
Suite 320, Birmingham, AL 35203

**Creditor's email address, if known**

**Date debt was incurred** _____

**Last 4 digits of account number** _____

Describe the lien
_____

Is the creditor an insider or related party?
☑ No
☐ Yes

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

   ☐ Yes. The relative priority of creditors is specified on lines ____

**2.8** Creditor's name
VitalCap

Describe debtor's property that is subject to a lien

$116,906.19          $0.00

**Creditor's mailing address**
48 Wall St.
Suite 1013, New York, NY 10005

**Creditor's email address, if known**

**Date debt was incurred** 01/25/2024

**Last 4 digits of account number** 0672

Describe the lien
_____

Is the creditor an insider or related party?
☑ No
☐ Yes

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

   ☐ Yes. The relative priority of creditors is specified on lines ____

Debtor    LikeMind Brands Inc.
_____    Case number (if known)_____
          Name

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| Altus Receivables Management<br>PO Box 1389<br>Kenner, LA, 70063 | Line 2. 6 | _____ |
| Lauren Dorsett<br>Davis Wright Tremaine LLP<br>920 Fifth Ave., Ste. 3300<br>Seattle, WA, 95104 | Line 2. 1 | _____ |
| VitalCap c/o Lieberman & Klestzick<br>PO Box 356<br>Cedarhurst, NY, 11516 | Line 2. 8 | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor | LikeMind Brands Inc. |
| United States Bankruptcy Court for the: | Western District of Michigan |
| Case number (If known) | |

☐ Check if this is an amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| **Part 1:** | **List All Creditors with PRIORITY Unsecured Claims** |
|---|---|

**1.** **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☐ No. Go to Part 2.
   ☑ Yes. Go to line 2.

**2.** **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|

**2.1** **Priority creditor's name and mailing address**
Florida Department of Revenue
P.O. Box 6668
Tallahassee, FL 32314-6668

**As of the petition filing date, the claim is:** $ 0.00          $ _____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

**2.2** **Priority creditor's name and mailing address**
IRS
Internal Revenue Service
PO Box 330500
Detroit, MI 48232

**As of the petition filing date, the claim is:** $ 0.00          $ _____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

**2.3** **Priority creditor's name and mailing address**
Kansas Department of Revenue
915 SW Harrison Street
Suite 300
Topeka, KS 66612

**As of the petition filing date, the claim is:** $ 0.00          $ _____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

| Debtor | LikeMind Brands Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

### Part 1.    Additional Page

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.4** Priority creditor's name and mailing address
Michigan Department of Treasury
Collection Division/Bankruptcy
PO Box 30168
Lansing, MI 48909

$ 0.00                    $ _____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
Taxes & Other Government Units

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )

---

**2.5** Priority creditor's name and mailing address
Michigan Unemployment Agency
3024 West Grand Blvd
Suite 11-5
Detroit, MI 48202

$ 0.00                    $ _____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
Taxes & Other Government Units

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )

---

**2.6** Priority creditor's name and mailing address
Tennessee Department of Revenue
500 Deaderick Street
Nashville, TN 37242

$ 619.00                  $ _____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
Taxes & Other Government Units

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )

---

**2.___** Priority creditor's name and mailing address

$ _____                  $ _____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
_____

Last 4 digits of account number _____

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( ___ )

| Debtor | LikeMind Brands Inc. | Case number (if known) _____ |
|---|---|---|
| | Name | |

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims. If** the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | **Amount of claim** |
|---|---|---|

**3.1** Nonpriority creditor's name and mailing address
American Express
PO Box 60189
City Of Industry, CA 91716

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Credit Card Debt

$ 7,387.97

Date or dates debt was incurred

Last 4 digits of account number     1006

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.2** Nonpriority creditor's name and mailing address
American Express
PO Box 60189
City Of Industry, CA 91716-0189

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Credit Card Debt

$ 5,914.51

Date or dates debt was incurred

Last 4 digits of account number     1001

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.3** Nonpriority creditor's name and mailing address
Capital One
Po Box 4069
Carol Stream, IL 69017

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Credit Card Debt

$ 103,787.05

Date or dates debt was incurred

Last 4 digits of account number     1379

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.4** Nonpriority creditor's name and mailing address
Capital One
PO Box 4069
Carol Stream, IL 60197

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Credit Card Debt

$ 7,194.86

Date or dates debt was incurred

Last 4 digits of account number     0307

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.5** Nonpriority creditor's name and mailing address
Capital One
PO Box 4069
Carol Stream, IL 60197

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Credit Card Debt

$ 19,410.20

Date or dates debt was incurred

Last 4 digits of account number     8390

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.6** Nonpriority creditor's name and mailing address
Chase
PO Box 6294
Carol Stream, IL 60197

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Credit Card Debt

$ 112,713.17

Date or dates debt was incurred

Last 4 digits of account number     5063

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | LikeMind Brands Inc. | Case number (if known) _____ |
|---|---|---|
| | Name | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.7**  Nonpriority creditor's name and mailing address

Chase
PO Box 6294
Carol Stream, IL 60197

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Credit Card Debt

Date or dates debt was incurred _____

Last 4 digits of account number    8981

Is the claim subject to offset?
☑ No
☐ Yes

$ 73,492.18

---

**3.8**  Nonpriority creditor's name and mailing address

Consumers Energy
One Energy Plaza

Jackson, MI 49201

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Utility Services

Date or dates debt was incurred _____

Last 4 digits of account number    5237

Is the claim subject to offset?
✓ No
☐ Yes

$ 205.75

---

**3.9**  Nonpriority creditor's name and mailing address

Consumers Energy
One Energy Plaza
Jackson, MI 49201

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Utility Services

Date or dates debt was incurred _____

Last 4 digits of account number    5252

Is the claim subject to offset?
✓ No
☐ Yes

$ 52.72

---

**3.10**  Nonpriority creditor's name and mailing address

Discover
PO Box 6103
Carol Stream, IL 60197-6103

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 8,127.23

---

**3.11**  Nonpriority creditor's name and mailing address

DTE Energy
1 Energy Plaza
Detroit, MI 48226-1221

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Utility Services

Date or dates debt was incurred _____

Last 4 digits of account number    0809

Is the claim subject to offset?
✓ No
☐ Yes

$ 582.00

---

Debtor   LikeMind Brands Inc.
_____
Name

Case number (if known) _____

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.12  Nonpriority creditor's name and mailing address**
Harbor Castings
2508 Baily Road
Cuyahoga Falls, OH 44221

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____
Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 18,883.04

**3.13  Nonpriority creditor's name and mailing address**
Horizon Bank/ Elan Financial
PO Box  790408
Saint Louis, MO 63179

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____
Last 4 digits of account number  4951

Is the claim subject to offset?
☑ No
☐ Yes

$ 10,583.69

**3.14  Nonpriority creditor's name and mailing address**
Justin Trump
500 Jomar LN
Cadillac, MI 49601

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Monies Loaned / Advanced

Date or dates debt was incurred  06192023
Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 52,000.00

**3.15  Nonpriority creditor's name and mailing address**
Lending Point
1201 Roberts Blvd #200
Kennesaw, GA 30144

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____
Last 4 digits of account number  1052

Is the claim subject to offset?
☑ No
☐ Yes

$ 19,678.76

**3.16  Nonpriority creditor's name and mailing address**
Marcus
PO Box 45400
Salt Lake City, UT 8-04004145

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____
Last 4 digits of account number  7894

Is the claim subject to offset?
☑ No
☐ Yes

$ 70,665.59

| Debtor | LikeMind Brands Inc. | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

## Part 2:  Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

### 3.17 Nonpriority creditor's name and mailing address

Mazel Company
PO Box 72669
Cleveland, OH 44192-0002

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ____8104____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,123.79

---

### 3.18 Nonpriority creditor's name and mailing address

MMI Textiles
1 American Rd.
Suite 950
Cleveland, OH 44144

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Suppliers or Vendors

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 552.00

---

### 3.19 Nonpriority creditor's name and mailing address

Pay Pal Credit
PO Box 71707
Philadelphia, PA 19176-1707

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Credit Card Debt

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ____1757____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 6,561.73

---

### 3.20 Nonpriority creditor's name and mailing address

Salisbury Excavation
12547   20 Mile Road
Tustin, MI 49688

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 9,700.00

---

### 3.21 Nonpriority creditor's name and mailing address

Spectrum  Business
400 Washington Blvd
Stamford, CT 06902

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ____4190____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 89.00

---

| Debtor | LikeMind Brands Inc. | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

**Part 2:    Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.22** Nonpriority creditor's name and mailing address

Synchrony Premier
PO Box 669814
Dallas, TX 75266-0763

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Credit Card Debt

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number    0629

$ 8,201.08

---

**3.23** Nonpriority creditor's name and mailing address

Uline
12575 Uline Drive
Pleasant Prairie, WI 53158

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number    4773

$ 1,638.66

---

**3.24** Nonpriority creditor's name and mailing address

Wells Fargo
PO Box 77053
Minneapolis, MN 55480-7753

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Credit Card Debt

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number    3837

$ 13,656.32

---

**3.___** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☐ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ _____

---

**3.___** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☐ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ _____

---

Debtor    LikeMind Brands Inc.
_____          Case number (if known) _____
         Name

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---------|----------------------------------------------------|

4.  **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

    **If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1. | American Express<br>PO Box 981535<br>El Paso, TX, 79998 | Line 3.1<br>☐ Not listed. Explain: | _____ |
| 4.2. | American Express<br>PO Box 981535<br>El Paso, TX, 7998 | Line 3.2<br>☐ Not listed. Explain | _____ |
| 4.3. | American Express<br>PO Box 981535<br>El Paso, TX, 79998 | Line 3.2<br>☐ Not listed. Explain | _____ |
| 4.4. | Capital One<br>PO Box 30285<br>Salt Lake City, UT, 84130 | Line 3.3<br>☐ Not listed. Explain | _____ |
| 41. | Capital One Bank<br>PO Box 30285<br>Salt Lake City, UT, 84130 | Line 3.4<br>☐ Not listed. Explain | _____ |
| 4.5. | Capital One Bank<br>PO Box 30285<br>Salt Lake City, UT, 84130 | Line 3.5<br>☐ Not listed. Explain | _____ |
| 4.6. | Chase Card Services<br>PO Box 15369<br>Wilmington, DE, 19850 | Line 3.6<br>☐ Not listed. Explain | _____ |
| 4.7. | Chase Card Services<br>PO Box 15369<br>Wilmington, DE, 19850 | Line 3.7<br>☐ Not listed. Explain | _____ |
| 4.8. | Discover<br>PO Box 30943<br>Salt Lake City, UT, 84130-0943 | Line 3.10<br>☐ Not listed. Explain | _____ |
| 4.9. | Elan Financial Services<br>PO Box 6335<br>Fargo, ND, 58125 | Line 3.13<br>☐ Not listed. Explain | _____ |
| 4.10. | IRS - Centralized Insolvency Operation<br>P.O. Box 7317<br>Philadelphia, PA 19101-7317 | Line 2.2<br>☐ Not listed. Explain | _____ |
| 4.11. | Marcus<br>PO Box 7247<br>Philedphia, PA, 19170-6104 | Line 3.16<br>☐ Not listed. Explain | _____ |

Debtor    LikeMind Brands Inc.
_____
Name

Case number (*if known*)_____

| Part 3: | Additional Page for Others to Be Notified About Unsecured Claims |
|---|---|

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4._13_ | Pay Pal Credit<br>Synchrony Bank<br>PO Box 71725<br>Philadelphia, PA, 19176-1725 | Line 3.19<br>☐ Not listed. Explain | _____ |
| 4._14_ | Synchrony Premier<br>PO Box 71725<br>Philadelphia, PA, 19176-01725 | Line 3.22<br>☐ Not listed. Explain | _____ |
| 4._15_ | Wells Fargo<br>PO Box 10347<br>Des Moines, IA, 50306 | Line 3.24<br>☐ Not listed. Explain | _____ |
| 4.__ | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.__ | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.__ | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.__ | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.__ | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.__ | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.__ | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.__ | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.__ | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.__ | | Line ____<br>☐ Not listed. Explain | _____ |

Debtor    LikeMind Brands Inc.
_____    Case number (if known) _____
         Name

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5. Add the amounts of priority and nonpriority unsecured claims.

                                                                              **Total of claim amounts**

5a.  **Total claims from Part 1**                             5a.    $ 619.00
                                                                           _____

5b.  **Total claims from Part 2**                             5b.   **+**  $ 552,201.30
                                                                           _____

5c.  **Total of Parts 1 and 2**                               5c.    $ 552,820.30
     Lines 5a + 5b = 5c.

**Fill in this information to identify the case:**

Debtor name LikeMind Brands Inc.

United States Bankruptcy Court for the: Western District of Michigan

Case number (If known): _____   Chapter 11

☐ Check if this is an amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases                12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**

   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2. **List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| | | |
|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest | Lease of building from LikeMind Holdings, LLC located at 8121 East 34 Road, Cadillac MI |
| | | LikeMind Holdings, LLC<br>500 Jomar LN<br>Cadillac, MI, 49601 |
| | State the term remaining | |
| | List the contract number of any government contract | |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | |
| | List the contract number of any government contract | |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | |
| | List the contract number of any government contract | |
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | |
| | List the contract number of any government contract | |
| **2.5** | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | |
| | List the contract number of any government contract | |

**Fill in this information to identify the case:**

Debtor name  LikeMind Brands Inc.

United States Bankruptcy Court for the:  Western District of Michigan

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 206H

## Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**

   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G*.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| *Column 1:* Codebtor | | *Column 2:* Creditor | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.1 Justin Trump | 500 Jomar Lane Cadillac, MI 49601 | VitalCap | ☑ D ☐ E/F ☐ G |
| 2.2 Hallie Trump | 500 Jomar Lane Cadillac, MI 49601 | VitalCap | ☑ D ☐ E/F ☐ G |
| 2.3 Justin Trump | 500 Jomar Lane Cadillac, MI 49601 | Amazon Capital Services | ☑ D ☐ E/F ☐ G |
| 2.4 Justin Trump | 500 Jomar Lane Cadillac, MI 49601 | Channel Partners Capital | ☑ D ☐ E/F ☐ G |
| 2.5 Justin Trump | 500 Jomar Lane Cadillac, MI 49601 | JP Morgan Chase | ☑ D ☐ E/F ☐ G |
| 2.6 Hallie Trump | 500 Jomar Lane Cadillac, MI 49601 | JP Morgan Chase | ☑ D ☐ E/F ☐ G |

| Debtor | LikeMind Brands Inc. | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

### Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.7 Justin Trump | 201 N. MItchell Street<br>Cadillac, MI 49601 | American Express | ☐ D<br>☑ E/F<br>☐ G |
| 2.8 Justin Trump | 500 Jomar Lane<br>Cadillac, MI 49601 | American Express | ☐ D<br>☑ E/F<br>☐ G |
| 2.9 Justin Trump | 500 Jomar Lane<br>Cadillac, MI 49601 | Discover | ☐ D<br>☑ E/F<br>☐ G |
| 2.10 Justin Trump | 500 Jomar Lane<br>Cadillac, MI 49601 | American Express | ☐ D<br>☑ E/F<br>☐ G |
| 2.11 Justin Trump | 500 Jomar Lane<br>Cadillac, MI 49601 | Capital One | ☐ D<br>☑ E/F<br>☐ G |
| 2.12 Justin Trump | 500 Jomar Lane<br>Cadillac, MI 49601 | Capital One | ☐ D<br>☑ E/F<br>☐ G |
| 2.13 Justin Trump | 500 Jomar Lane<br>Cadillac, MI 49601 | Capital One | ☐ D<br>☑ E/F<br>☐ G |
| 2.14 Justin Trump | 500 Jomar Lane<br>Cadillac, MI 49601 | Chase | ☐ D<br>☑ E/F<br>☐ G |

Debtor    LikeMind Brands Inc.
_____
        Name

Case number (if known)_____

| | | | | | |
|---|---|---|---|---|---|

**Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.15 Justin Trump | 500 Jomar Lane<br>Cadillac, MI 49601 | Chase | ☐ D<br>☑ E/F<br>☐ G |
| 2.16 Justin Trump | 500 Jomar Lane<br>Cadillac, MI 49601 | Pay Pal Credit | ☐ D<br>☑ E/F<br>☐ G |
| 2.17 Justin Trump | 500 Jomar Lane<br>Cadillac, MI 49601 | Synchrony Premier | ☐ D<br>☑ E/F<br>☐ G |
| 2.18 Justin Trump | 500 Jomar Lane<br>Cadillac, MI 49601 | Wells Fargo | ☐ D<br>☑ E/F<br>☐ G |
| 2.___ | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.___ | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.___ | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.___ | | | ☐ D<br>☐ E/F<br>☐ G |

**Fill in this information to identify the case and this filing:**

Debtor Name ___LikeMind Brands Inc.___

United States Bankruptcy Court for the: ___Western District of Michigan___

Case number (*If known*): _____

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☑ *Schedule H: Codebtors* (Official Form 206H)
- ☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* ____
- ☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___08/02/2024___        ✘ /s/ Justin Trump
         MM / DD / YYYY            Signature of individual signing on behalf of debtor

                              Justin Trump
                              Printed name

                              President
                              Position or relationship to debtor

**United States Bankruptcy Court**

**IN RE:**

Case No._____

LikeMind Brands Inc.
_____    Chapter  11
_____

**LIST OF EQUITY SECURITY HOLDERS**

| Registered name and last known address of security holder | Shares (Or Percentage) | Security Class (or kind of interest) |
|---|---|---|
| Justin Trump<br>500 Jomar Lane, Cadillac, MI 49601 | 50 | |
| Hallie Trump<br>500 Jomar Lane, Cadillac, MI 49601 | 50 | |

United States Bankruptcy Court

Western District of Michigan

In re:  LikeMind Brands Inc.                          Case No.

                                                      Chapter    11

                    Debtor(s)

**Verification of Creditor Matrix**

        The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date:  _____08/02/2024_____

/s/ Justin Trump
_____
Signature of Individual signing on behalf of debtor

President
_____
Position or relationship to debtor

Altus Receivables Management
PO Box 1389
Kenner, LA 70063

Amazon Capital Services Inc
410 Terry Avenue North
Seattle, WA 98109

American Express
PO Box 60189
City Of Industry, CA 91716

American Express
PO Box 60189
City Of Industry, CA 91716-0189

American Express
PO Box 981535
El Paso, TX 79998

American Express
PO Box 981535
El Paso, TX 7998

American Express National Bank
PO Box 570622
Atlanta, GA 30357

Capital One
Po Box 4069
Carol Stream, IL 69017

Capital One
PO Box 4069
Carol Stream, IL 60197

Capital One
PO Box 30285
Salt Lake City, UT 84130

Capital One Bank
PO Box 30285
Salt Lake City, UT 84130

Channel Partners Capital
11100 Wayzata Blvd
Minnetonka, MN 55305

Chase
PO Box 6294
Carol Stream, IL 60197

Chase Card Services
PO Box 15369
Wilmington, DE 19850

Consumers Energy
One Energy Plaza
Jackson, MI 49201

Discover
PO Box 6103
Carol Stream, IL 60197-6103

Discover
PO Box 30943
Salt Lake City, UT 84130-0943

DTE Energy
1 Energy Plaza
Detroit, MI 48226-1221

Elan Financial Services
PO Box 6335
Fargo, ND 58125

Florida Department of Revenue
P.O. Box 6668
Tallahassee, FL 32314-6668

Hallie Trump
500 Jomar Lane
Cadillac, MI 49601

Hallie Trump
500 Jomar Lane
Cadillac
MI 49601

Harbor Castings
2508 Baily Road
Cuyahoga Falls, OH 44221

Horizon Bank/ Elan Financial
PO Box  790408
Saint Louis, MO 63179

Industrial Leasing LLC
P.O. Box 1803
Grand Rapids, MI 49501

IRS
Internal Revenue Service
PO Box 330500
Detroit, MI 48232

IRS -  Centralized Insolvency Operation
P.O. Box 7317
Philadelphia, PA 19101-7317

JP Morgan Chase
P.O. Box 6026
Chicago, IL 60680

Justin Trump
500 Jomar LN
Cadillac, MI 49601

Justin Trump
500 Jomar Lane
Cadillac, MI 49601

Justin Trump
201 N. Mitchell Street
Cadillac, MI 49601

Justin Trump
500 Jomar Lane
Cadillac
MI 49601

Kansas Department of Revenue
915 SW Harrison Street
Suite 300
Topeka, KS 66612

Lauren Dorsett
Davis Wright Tremaine LLP
920 Fifth Ave., Ste. 3300
Seattle, WA 95104

Lending Point
1201 Roberts Blvd #200
Kennesaw, GA 30144

LikeMind Holdings, LLC
500 Jomar LN
Cadillac, MI 49601

Marcus
PO Box 45400
Salt Lake City, UT 8-04004145

Marcus
PO Box 7247
Philadephia, PA 19170-6104

Mazel Company
PO Box 72669
Cleveland, OH 44192-0002

Michigan Department of Treasury
Collection Division/Bankruptcy
PO Box 30168
Lansing, MI 48909

Michigan Unemployment Agency
3024 West Grand Blvd
Suite 11-5
Detroit, MI 48202

MMI Textiles
1 American Rd.
Suite 950
Cleveland, OH 44144

Pay Pal Credit
PO Box 71707
Philadelphia, PA 19176-1707

Pay Pal Credit
Synchrony Bank
PO Box 71725
Philadelphia, PA 19176-1725

Salisbury Excavation
12547  20 Mile Road
Tustin, MI 49688

Seller's Funding Corp
800 Westchester Avenue
Suite 641N
Rye Brook, NY 10573

Spectrum  Business
400 Washington Blvd
Stamford, CT 06902

Synchrony Premier
PO Box 669814
Dallas, TX 75266-0763

Synchrony Premier
PO Box 71725
Philadelphia, PA 19176-01725

Tennessee Department of Revenue
500 Deaderick Street
Nashville, TN 37242

Uline
12575 Uline Drive
Pleasant Prairie, WI 53158

US Small Business Administration
2 North Street
Suite 320
Birmingham, AL 35203

VitalCap
48 Wall St.
Suite 1013
New York, NY 10005

VitalCap c/o Lieberman & Klestzick
PO Box 356
Cedarhurst, NY 11516

Wells Fargo
PO Box 77053
Minneapolis, MN 55480-7753

Wells Fargo
PO Box 10347
Des Moines, IA 50306