IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| In re | Chapter 11 |
| | Case No. 24-02042 |
| LIKEMIND BRANDS INC. | Hon. James W. Boyd |
| Debtor. | |

**FIRST SUPPLEMENT TO MOTION OF DEBTOR FOR ENTRY ORDER (I) AUTHORIZING USE OF CASH COLLATERAL, (II) GRANTING ADEQUATE PROTECTION AND RELATED RELIEF TO PRE-PETITION SECURED PARTIES (III) SCHEDULING A FINAL HEARING AND (IV) GRANTING RELATED RELIEF**

The Debtor, Likemind Brands Inc. ("**Debtor**") in the above-captioned case hereby files this First Supplement to Motion for entry of (I) Order Authorizing Use of Cash Collateral, (II) Granting Adequate Protection and Related Relief to Pre-Petition Secured Parties, (III) Scheduling a Final Hearing to consider the relief requested herein on a final basis, and (IV) granting related relief (**"Motion"**) [Dkt.No. 2].

1.  On August 2, 2024 (the "**Petition Date**"), the Debtor commenced with this Court a voluntary case under Subchapter V of chapter 11 of the Bankruptcy Code (the "**Chapter 11 Case**"). The Debtor continues to operate its business and manage its properties as Debtor-In-Possession pursuant to section 1184 of the Bankruptcy Code. The Debtor is waiting upon the appointment of a sub chapter V Trustee pursuant to 11 U.S.C. § 1183.

2.  The Debtor is an online e-commerce seller of various products such as toys, restaurant supplies and car care products through online third party marketplaces such as Amazon, Ebay and Mercari. The Debtor also has its own brand of products sold under the brand

3. The Debtor filed the Motion on August 4, 2024 [Dkt. No. 2].The Motion stated in paragraph 14 that the approximate values of the cash collateral are as follows:

| Assets | Value |
|---|---|
| Inventory-CAT Outdoors | $ 3,988 |
| Inventory-Resale items | $ 100,000 |
| Accounts Receivable | $ 124 |
| Total Cash Collateral | $ 104,112 |

4. The amounts set forth in the original Motion were not accurate. The actual approximate values of the cash collateral are as follows:

| Assets | Value |
|---|---|
| Inventory-Resale at Amazon | $ 8,000 |
| Inventory-Resale at Debtor's warehouse | $ 100,000 |
| Inventory-CAT Outdoors | $ 14,000 |
| Accounts Receivable | $ 638 |
| Total Cash Collateral | $ 122,638 |

WHEREFORE, the Debtor requests that the Court grant the relief requested in the Motion and grant such other and further relief it deems just and proper.

DUNN, SCHOUTEN & SNOAP, P.C.

Dated: August 5, 2024

By:   /s/ Perry G. Pastula
Perry G. Pastula (P35588)
Attorneys for Debtor and Debtor-In-Possession
2745 DeHoop Ave. SW
Wyoming, MI 49509
616-538-6380
ppastula@dunnsslaw.com